# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAMADJON KARAEV,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>Respondents. | Case No. 1:26-cv-00303-JLT-SAB-HC<br><br>ORDER SETTING BRIEFING SCHEDULE |

Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 14, 2026, Petitioner filed a petition for writ of habeas corpus. (ECF No. 1.) On January 15, 2026, Petitioner filed a motion for temporary restraining order ("TRO"). (ECF No. 3.) The assigned district judge denied the motion for TRO as untimely but converted the motion for TRO "to a motion for preliminary injunction and refer[red] the matter to the assigned magistrate judge to determine as soon as possible." (ECF No. 4.)

///
///
///
///
///

1

Accordingly, the Court HEREBY ORDERS that:

1. Within fourteen (14) days of the date of service of this order, Respondents SHALL FILE a response to the motion for preliminary injunction; and

2. Within ten (10) days of the date of service of Respondents' response, Petitioner MAY FILE a reply.

IT IS SO ORDERED.

Dated:    **January 15, 2026**

STANLEY A. BOONE
United States Magistrate Judge