# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MAMADJON KARAEV,

Petitioner,

v.

KRISTI NOEM, et al.,

Respondents.

Case No. 1:26-cv-00303-JLT-SAB-HC

ORDER GRANTING RESPONDENTS'
REQUEST FOR EXTENSION OF TIME

ORDER DENYING PETITIONER'S
REQUEST TO RULE ON MOTION FOR
PRELIMINARY INJUNCTION WITHOUT
FURTHER DELAY

(ECF Nos. 6, 9)

Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 14, 2026, Petitioner filed a petition for writ of habeas corpus. (ECF No. 1.) On January 15, 2026, Petitioner filed a motion for temporary restraining order ("TRO"). (ECF No. 3.) The assigned district judge denied the motion for TRO as untimely but converted the motion for TRO "to a motion for preliminary injunction and refer[red] the matter to the assigned magistrate judge to determine as soon as possible." (ECF No. 4.) On January 15, 2026, the undersigned ordered Respondents to file a response to the motion for preliminary injunction within fourteen days. (ECF No. 5.)

As Respondents failed to file a response within fourteen days, on January 31, 2026, Petitioner requested that the Court treat the motion for preliminary injunction as unopposed, rule

1

on the motion without delay based on the existing record, and grant the relief requested. (ECF No. 6.)

On February 2, 2026, Respondents filed a request for an extension of time to file a response to the motion for preliminary injunction by 5:00 p.m., February 3, 2026. (ECF No. 9.) Counsel indicated that this matter "came to the undersigned's attention today due to an U.S. Attorney's Office internal assignment error." (Id.)

Accordingly, the Court HEREBY ORDERS that:

1. Respondents' request for extension of time (ECF No. 9) is GRANTED, nunc pro tunc to January 29, 2026;

2. Respondents' response to the motion for preliminary injunction is due by February 3, 2026, at 5:00 p.m.; and

3. Petitioner may file a reply by February 9, 2026.[1]

IT IS SO ORDERED.

Dated:   **February 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] Per the original scheduling order, (ECF No. 5), if Respondents had filed a timely response to the motion for preliminary injunction, Petitioner's reply would have been due on February 9, 2026. Petitioner is free to file a reply before the deadline so as to ripen the motion earlier than the current schedule. Petitioner may file a motion for extension of time if more time is needed. Petitioner also may file a notice with the Court that no reply will be filed, and the Court will issue findings and recommendations as soon as practicable.